This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                          **NO. A-1-CA-36888**

**THEODORE JASON LUJAN,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF MORA COUNTY**
**Abigail Aragon, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Tania Shahani, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**VANZI, Chief Judge.**

{1}     Defendant Theodore Jason Lujan appeals from his conviction of child abuse not resulting in death. This Court issued a notice of proposed disposition, proposing to

summarily dismiss for lack of a final order. Defendant filed a response to our calendar notice (MIO), stating that he "concurs with this Court's proposed summary dismissal of his appeal for lack of jurisdiction." [MIO 2] Accordingly, and for the reasons stated in our notice of proposed disposition, we dismiss.

{2}     **IT IS SO ORDERED.**


        _____
**LINDA M. VANZI, Chief Judge**


**WE CONCUR:**



_____
**JULIE J. VARGAS, Judge**



_____
**EMIL J. KIEHNE, Judge**